# EXHIBIT 1

OrthopedicsNY, LLP
c/o Cyberscout, a TransUnion company
PO Box 1286
[redacted]

orthoN

Via First-Class Mail

Octobe

Dear Louanne Wagoner,

Notice of Data Security Incident

OrthopedicsNY, LLP ("OrthopedicsNY") is an orthopedics medicine practice providing patients in New York. We are writing to inform you of an incident that may have exposed your pers You are receiving this letter because you are a current or former patient of OrthopedicsNY. We ta your personal information seriously and want to provide you with information and resources you your information going forward.

What Happened:

On or about December 28, 2023, OrthopedicsNY detected it was the target of a data unauthorized third party attempted to infiltrate OrthopedicsNY's computer network and dema Upon detecting the incident, OrthopedicsNY moved quickly to secure its network enviro thorough investigation. The investigation was performed with the help of independent I investigators to determine the scope and extent of the potential unauthorized access to our s information. OrthopedicsNY's investigation concluded on September 5, 2024.

What Information Was Involved:

*The forensic investigation determined that it is possible your name, mailing a curity number, driver's license number, passport number, financial account i ormation, and/or protected health information may have been exposed in this i* ormation affected were different for each individual, and not every individual had osed. As of this writing, OrthopedicsNY has not received any reports of related id lent (December 28, 2023 to present).

We Are Doing:

The security and privacy of personal data remains one of OrthopedicsNY's aged external cybersecurity experts and are taking steps to prevent a similar menting additional safeguards and enhanced security measures to better p on in its systems. OrthopedicsNY has also reviewed and taken steps to e the security of its systems, as well as its information life cycle manage